JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ELIZABETH R., | No. ED CV 19-00856-SB (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed, and this action is dismissed with prejudice.

Date:  November 23, 2020

_____
STANLEY BLUMENFELD, JR.
United States District Judge